**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SHERIAL FLAMER | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-15-2070 |
| | * | |
| MAXIM HEALTHCARE SERVICES, INC. | * | |
| | ****** | |

## ORDER

Upon consideration of the memoranda filed in connection with defendant's motion to strike and it appearing that the motion is well-founded because the effective date of the regulation referred to in the motion could not become effective on January 1, 2015, it is, this 26th day of October 2015

ORDERED that defendant's motion to strike (document 19) be granted.

\_\_/s/_____
J. Frederick Motz
United States District Judge

1